# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GLOBAL EXCHANGE VACATION CLUB, et al.,<br><br>　　　　　Defendants. | Case No.: 8:24-CV-02662-MEMFJDE<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**ORDER OF DISMISSAL** |

　　　AND NOW, upon consideration of the parties' Stipulation of Dismissal filed April 15, 2025, it is hereby ORDERED that this case is dismissed with prejudice as to the individual claims of Plaintiff Javier Garcia against Defendants.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　Maame Ewusi-Mensah Frimpong
　　　　　　　　　　　　　　　　　　　　United States District Judge