# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA, individually and on behalf of others similarly situated, | Case No.: 8:24-CV-02662-MEMFJDE |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong |
| vs. | **ORDER OF DISMISSAL** |
| GLOBAL EXCHANGE VACATION CLUB, et al., | |
| Defendants. | |

AND NOW, upon consideration of the parties' Stipulation of Dismissal filed April 15, 2025, it is hereby ORDERED that this case is dismissed with prejudice as to the individual claims of Plaintiff Javier Garcia against Defendants.

Dated:  April 17, 2025          

_____
Maame Ewusi-Mensah Frimpong
United States District Judge